

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

No. 04-19-00101-CV

**IN RE Z.A.F. AND Z.R.F**,
Appellant

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00277
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant's motion for an extension of time to file a pro se brief is granted. We order appellant to file her pro se brief by June 12, 2019. This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. Tex. R. Jud. Admin. 6.2. Given the time constraints governing the disposition of this appeal, further request for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2019.

_____
Keith E. Hottle,
Clerk of Court